IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:07-CR-43-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTWANE JAMALE JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

Not later than July 20, 2018, the government shall file a response to Antwane Jamale Johnson's motion under 28 U.S.C. § 2241.

SO ORDERED. This 30 day of June 2018.

JAMES C. DEVER III
Chief United States District Judge